*IT IS SO ORDERED*
*Judge Edward J. Davila*

Troy D. Wiggins, State Bar Number 105019
Bradford A. Rosenblatt, State Bar Number 233297
WIGGINS MARKS ROSENBLATT LLP
180 Montgomery Street, Ste. 1250
San Francisco, CA 94104
Telephone: (415) 840-7177
Facsimile: (415) 970-5066

Attorneys for Defendants
DAWS MANUFACTURING COMPANY, INC.,
LOWE'S COMPANIES, INC. and LOWE'S HIW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CORTES DIAZ, MARGARITA DIAZ and JESUS CORTES DIAZ as guardian ad litem for ITZEL CORTES DIAZ, individually, and as Successors in Interest of JOSE CORTES DIAZ, deceased<br><br>Plaintiffs,<br><br>v.<br><br>DAWS MANUFACTURING COMPANY, INC., LOWE'S COMPANIES, INC., BETTER BUILT COMPANY, SNAP-ON INCORPORATED, KOBALT TOOLS, and DOES 1 through 100, inclusive<br><br>Defendants. | CASE NUMBER: C 12-05325 EJD<br><br>STIPULATION TO DISMISS LOWE'S COMPANIES, INC., KOBALT TOOLS AND BETTER BUILT COMPANY WITHOUT PREJUDICE<br><br>[ |

**STIPULATION TO DISMISS LOWE'S COMPANIES, INC., KOBALT TOOLS AND BETTER BUILT COMPANY WITHOUT PREJUDICE**

The parties herein through their attorneys of record hereby stipulate to the following:

**LOWE'S COMPANIES, INC., AND KOBALT TOOLS**

1. Counsel for defendant LOWE'S HIW, INC. represents that LOWE'S COMPANIES, INC. does not operate or own any Lowe's stores in California. Plaintiff alleges that Lowe's sells tools including the alleged tool boxes and/or the alleged plastic retention cleats in California. Counsel for defendant LOWE'S HIW, INC. represents that LOWE'S HIW, INC. is the

1     correct name of the entity that owns and operates all of the Lowe's stores in California.

2. The parties stipulate that LOWE'S COMPANIES, INC. be dismissed without prejudice.

3. It is further stipulated that should plaintiff discover any information that defendant LOWE'S COMPANIES, INC. actually does operate and/or own any Lowe's stores in California that plaintiff will be allowed to amend the First Amended Complaint accordingly and that any such amendment will relate back to the date that the original Complaint was filed.

4. Counsel for defendant LOWE'S HIW, INC. also represents that KOBALT TOOLS is not a business entity of any kind but rather KOBALT TOOLS is merely a brand name used on tools and other products marketed or sold by affiliated companies of LOWE'S HIW, INC.

5. The parties also stipulate that KOBALT TOOLS be dismissed without prejudice.

6. It is further stipulated that should plaintiffs discover any information that non-entity KOBALT TOOLS is an actual legal entity that plaintiffs will be allowed to amend the First Amended Complaint accordingly and that any such amendment will relate back to the date that the original Complaint was filed.

**BETTER BUILT COMPANY**

7. Counsel for defendant Daws Manufacturing Company, Inc., represents BETTER BUILT COMPANY is not a business entity of any kind but rather, BETTER BUILT is a work mark registered with the US Patent and Trademark Office owned and used by Daws Manufacturing Company, Inc.

8. The parties stipulate that defendant BETTER BUILT COMPANY be dismissed without prejudice.

///
///
///
///
///
///

STIPULATION TO DISMISS LOWE'S COMPANIES, INC., KOBALT TOOLS AND BETTER BUILT COMPANY WITHOUT PREJUDICE     -2-

C 12-05325 EJD

9. It is further stipulated that should plaintiffs discover any information that non-entity BETTER BUILT COMPANY is an actual legal entity that plaintiffs will be allowed to amend the First Amended Complaint accordingly and that any such amendment will relate back to the date that the original Complaint was filed.

SO STIPULATED:

Dated: ~~October~~ Nov 5, 2012

WIGGINS MARKS ROSENBLATT LLP

_____
Troy D. Wiggins
Attorneys for Defendants
DAWS MANUFACTURING COMPANY, INC.; LOWE'S COMPANIES, INC. and LOWE'S HIW, INC.

Dated: ~~October~~ Nov 5, 2012

SHEA & SHEA

_____
Michael M. Shea, Jr.
Attorneys for Plaintiffs

STIPULATION TO DISMISS LOWE'S COMPANIES, INC., KOBALT TOOLS AND BETTER BUILT COMPANY WITHOUT PREJUDICE

-3-

C 12-05325 EJD

## CERTIFICATE OF SERVICE

I, Margaret Mincher, declare that I am a citizen of the U.S. and am employed at the law firm of WIGGINS MARKS ROSENBLATT LLP; I am over the age of 18 years and am not a party to the within action; my business address is 180 Montgomery St., Ste. 1250, San Francisco, CA 94104.

On November 7, 2012, I served a true and correct copy of the following STIPULATION TO DISMISS LOWE'S COMPANIES, INC., KOBALT TOOLS AND BETTER BUILT COMPANY WITHOUT PREJUDICE on all parties of record:

[X] By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mailbox at San Francisco, California, addressed as follows AND
[X] by facsimile transmission to the telephone numbers below:

Michael Murt Shea
Nicole N. Hancock
Shea & Shea
The James Square Building
255 North Market Street, Suite 190
San Jose, CA 95110-2409
Attorneys for Plaintiffs/Guardian Ad Litem Jesus Cortes Diaz and Margarita Diaz
Facsimile: (408) 292-1264

Paul E. Stephan
Selman Breitman LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Attorneys for Defendant Snap-on Incorporated
Facsimile: (415) 979.2099

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 7, 2012 at San Francisco, California.

Margaret Mincher

CERTIFICATE OF SERVICE. - CASE NO. C 12-05325 EJD

-2-