1 | Troy D. Wiggins, State Bar Number 105019
  | Bradford A. Rosenblatt, State Bar Number 233297
2 | WIGGINS MARKS ROSENBLATT LLP
  | 180 Montgomery Street, Ste. 1250
3 | San Francisco, CA 94104
  | Telephone:  (415) 840-7177
4 | Facsimile:  (415) 970-5066

5 | Attorneys for Defendants
  | DAWS MANUFACTURING COMPANY, INC.;
6 | LOWE'S HIW, INC.; LOWE'S COMPANIES, INC.
  | KOBALT TOOLS; BETTER BUILT COMPANY

**GRANTED**
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESUS CORTES DIAZ, MARGARITA DIAZ and JESUS CORTES DIAZ as guardian ad litem for ITZEL CORTES DIAZ, individually, and as Successors in Interest of JOSE CORTES DIAZ, deceased<br><br>Plaintiffs,<br><br>v.<br><br>DAWS MANUFACTURING COMPANY, INC., LOWE'S COMPANIES, INC., BETTER BUILT COMPANY, SNAP-ON INCORPORATED, KOBALT TOOLS, and DOES 1 through 100, inclusive<br><br>Defendants. | CASE NUMBER: C 12-05325 EJD<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO STRIKE PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT AND MOTION TO DISMISS BETTER BUILT COMPANY**<br><br>Hearing Date of Withdrawn Motions: February 15, 2013, 9:00 a.m., Courtroom 4<br><br>[Removed from Santa Clara Superior Case No. 1-12-CV-227689 on October 16, 2012] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT DEFENDANTS DAWS MANUFACTURING COMPANY, INC., LOWE'S HIW, INC., LOWE'S COMPANIES, INC., KOBALT TOOLS AND BETTER BUILT COMPANY hereby withdraw their MOTION TO STRIKE PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT

///

1  PLEASE TAKE FURTHER NOTICE THAT DEFENDANT DAWS MANUFACTURING COMPANY, INC., hereby withdraws its MOTION TO DISMISS BETTER BUILT COMPANY

DATED: November 7, 2012

WIGGINS MARKS ROSENBLATT LLP

Bradford A. Rosenblatt
Attorneys for Defendants
DAWS MANUFACTURING COMPANY, INC.;
LOWE'S HIW, INC.; LOWE'S COMPANIES, INC.;
KOBALT TOOLS AND BETTER BUILT COMPANY

NOTICE OF WITHDRAWAL OF MOTION TO STRIKE PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT AND MOTION TO DISMISS BETTER BUILT COMPANY
CASE NO. C 12-05325 EJD                                                                                     -2-

**CERTIFICATE OF SERVICE**

I, Margaret Mincher, declare that I am a citizen of the U.S. and am employed at the law firm of WIGGINS MARKS ROSENBLATT LLP; I am over the age of 18 years and am not a party to the within action; my business address is 180 Montgomery St., Ste. 1250, San Francisco, CA 94104.

On November 7, 2012, I served a true and correct copy of the following **NOTICE OF WITHDRAWAL OF MOTION TO STRIKE PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT AND MOTION TO DISMISS BETTER BUILT COMPANY** on all parties of record:

[X]   By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mailbox at San Francisco, California, addressed as follows AND

[X]   by facsimile transmission to the telephone numbers below:

Michael Murt Shea
Nicole N. Hancock
Shea & Shea
The James Square Building
255 North Market Street, Suite 190
San Jose, CA 95110-2409
Attorneys for Plaintiffs/Guardian Ad Litem Jesus Cortes Diaz and Margarita Diaz
Facsimile: (408) 292-1264

Paul E. Stephan
Selman Breitman LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Attorneys for Defendant Snap-on Incorporated
Facsimile: (415) 979.2099

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 7, 2012 at San Francisco, California.

_Margaret Mincher_

---

NOTICE OF WITHDRAWAL OF MOTION TO STRIKE PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT AND MOTION TO DISMISS BETTER BUILT COMPANY
CASE NO. C 12-05325 EJD                                                                                             -3-