1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JESUS CORTES DIAZ, MARGARITA DIAZ )
and JESUS CORTES DIAZ as guardian ad )
litem for ITZEL CORTES DIAZ, individually, )
and as Successors in Interest of JOSE )
CORTES DIAZ, deceased, )
)
        Plaintiff, )
)
  v. )
)
DAWS MANUFACTURING COMPANY, )
INC., LOWE'S COMPANIES, INC., )
BETTER BUILT COMPANY, SNAP-ON )
INCORPORATED, KOBALT TOOLS, and )
DOES 1 through 100, inclusive, )
)
        Defendant. )

Case No.: 5:12-CV-05325 EJD

**ORDER CONTINUING CASE
MANAGEMENT CONFERNCE**

The above-entitled action is scheduled for a Case Management Conference on February 15, 2013. In light of the parties' Motion to Continue the Case Management Conference, (see Docket Item No. 40), the Court finds an appearance unnecessary at this time. As per the parties request, the Court continues the Case Management Conference to August 9, 2013 at 10:00 a.m. The parties shall file a joint case management statement by August 2, 2013.

**IT IS SO ORDERED.**

Dated: February 12, 2013

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:12-CV-05325 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERNCE