**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                   IN THE UNITED STATES DISTRICT COURT

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

10   JESUS CORTES DIAZ,                    CASE NO. 5:CV 12-05325-EJD

11                                         **CASE MANAGEMENT ORDER**
                   Plaintiff(s),
12        v.

13   DAWS MANUFACTURING CO,

14
                   Defendant(s).
15   _____/

16        The above-entitled action is scheduled for a Case Management Conference on August 9,

17   2013. In light of the parties' Joint Case Management Statement (Docket Item No. 42), the Court

18   finds an appearance unnecessary at this time. Accordingly, the Court continues the Case

19   Management Conference to December 13, 2013 at 10:00 a.m. The parties shall file a joint case

20   management statement by December 6, 2013.

21

22   **IT IS SO ORDERED.**

23   Dated:  August 5, 2013

24                                         _____

25                                         EDWARD J. DAVILA

26                                         United States District Judge

27

28
                                         1

CASE NO. 5:CV 12-05325-EJD
CASE MANAGEMENT ORDER