IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESUS CORTES DIAZ, | CASE NO. 5:CV 12-05325-EJD |
| Plaintiff(s), | **CASE MANAGEMENT ORDER** |
| v. | |
| DAWS MANUFACTURING CO, | |
| Defendant(s). | |

The above-entitled action is scheduled for a Case Management Conference on August 9, 2013. In light of the parties' Joint Case Management Statement (Docket Item No. 42), the Court finds an appearance unnecessary at this time. Accordingly, the Court continues the Case Management Conference to December 13, 2013 at 10:00 a.m. The parties shall file a joint case management statement by December 6, 2013.

**IT IS SO ORDERED.**

Dated: August 5, 2013

EDWARD J. DAVILA

United States District Judge

CASE NO. 5:CV 12-05325-EJD
CASE MANAGEMENT ORDER

1