UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESUS CORTES DIAZ, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>DAWS MANUFACTURING COMPANY, INC, et al.,<br><br>    Defendants. | Case No. 5:12-cv-05325-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint case Management Statement filed on April 30, 2015 (Docket Item No. 75), the court orders as follows:

1. The Case Management Conference currently scheduled for May 7, 2015, is CONTINUED to **10:00 a.m. on September 10, 2015**. The parties shall file an updated Joint Case Management Conference Statement on or before **September 3, 2015**.

2. In the next Joint Case Management Conference Statement, the parties shall detail what, if any, additional discovery or other matters can be conducted without access to the retention cleats. If the parties have accomplished all that can be done, and assuming access to the retention cleats will not be forthcoming, the court intends to stay this action until the final resolution of Mr. Lee's criminal proceedings.

**IT IS SO ORDERED.**

Dated: May 4, 2015

                                  EDWARD J. DAVILA
                                  United States District Judge