UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESUS CORTES DIAZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DAWS MANUFACTURING COMPANY INC, et al.,<br><br>    Defendants. | Case No.   5:12-cv-05325-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Statement filed on September 3, 2015 (Docket Item No. 77), and in order to permit Plaintiff's counsel to continue discussions with Mr. Lee's appellate attorney, the Case Management Conference currently scheduled for September 10, 2015, is CONTINUED to **10:00 a.m. on December 10, 2015.** The parties shall file an updated Joint Case Management Conference Statement on or before **December 3, 2015.**

**IT IS SO ORDERED.**

Dated: September 8, 2015

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:12-cv-05325-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE