UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESUS CORTES DIAZ, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>DAWS MANUFACTURING COMPANY INC, et al.,<br><br>  Defendants. | Case No.  5:12-cv-05325-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' updated Joint Case Management Statement filed on December 3, 2015 (Docket Item No. 79), and in order to permit the parties to undertake materials testing of the subject cleats, the Case Management Conference currently scheduled for December 10, 2015, is CONTINUED to **10:00 a.m. on May 19, 2016.**  The parties shall file an updated Joint Case Management Conference Statement on or before **May 12, 2016.**

**IT IS SO ORDERED.**

Dated: December 7, 2015

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:12-cv-05325-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1