UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESUS CORTES DIAZ, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>DAWS MANUFACTURING COMPANY INC, et al.,<br><br>        Defendants. | Case No. 5:12-cv-05325-EJD<br><br>**STATUS CONFERENCE ORDER** |

On May 19, 2015, the parties to the above-entitled action appeared before Judge Edward J. Davila for a Status Conference. Based on a review of the action and the discussions held at the conference, the court orders as follows:

1. Pursuant to the Case Management Order filed on December 10, 2013 (Dkt. No. 47), any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge. Accordingly, the parties' dispute over the location of a certain deposition has been referred to Magistrate Judge Howard R. Lloyd. The parties are advised to consult Judge Lloyd's Standing Order re: Civil Discovery Disputes, and shall present their dispute to Judge Lloyd on or before **May 31, 2016.**

2. The court schedules a Further Status Conference for **10:00 a.m. on July 21, 2016.** The parties shall file an updated Joint Status Conference Statement on or before **July 14, 2016.**

**IT IS SO ORDERED.**

Dated: May 19, 2016

                                            EDWARD J. DAVILA
                                            United States District Judge