UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESUS CORTES DIAZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAWS MANUFACTURING COMPANY INC, et al., <br><br> Defendants. | Case No. 5:12-cv-05325-EJD <br><br> **PRETRIAL ORDER (JURY)** |

The above-entitled action is scheduled for a Trial Setting Conference on February 2, 2017. Based on the parties' Joint Trial Setting Conference Statement, the court has determined an appearance is unnecessary at this time. Accordingly, the Trial Setting Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the following schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Final Pretrial Conference | 11:00 a.m. on September 14, 2017 |
| Joint Final Pretrial Conference Statement, Motions *in Limine* and Exchange of Exhibits | August 31, 2017 |
| Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms | September 4, 2017 |
| Jury Selection | 9:00 a.m. on September 26, 2017 |
| Jury Trial[1] | September 26, 27, and 29, and October 2, 4, 6, 10, 11, 13, and 17, 2017 |

---

[1] Jury trials will are held in full day sessions on Tuesdays, Wednesdays and Fridays, unless the Court specifies otherwise. On the date set for jury selection, counsel should be prepared to

| | |
|---|---|
| Jury Deliberations | October 18 and 19, 2017 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

The Joint Trial Setting Conference Statement indicates that the Defendants may file motions for summary adjudication, motions for summary judgment, or motions to strike the punitive damages claims. The Defendants shall schedule these motions to be heard on June 29, 2017.

The court advises the parties that this is the **final case schedule.** All parties are expected to comply as directed above. This schedule will not be amended further absent the presentation of good cause necessitating such an amendment.

**IT IS SO ORDERED.**

Dated: January 24, 2017



EDWARD J. DAVILA
United States District Judge

---

commence trial proceedings immediately after a jury is identified. The final trial schedule will be confirmed at the Final Pretrial Conference.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

2

Case No.: 5:12-cv-05325-EJD
PRETRIAL ORDER (JURY)