UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESUS CORTES DIAZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DAWS MANUFACTURING COMPANY INC, et al.,<br><br>    Defendants. | Case No. 5:12-cv-05325-EJD<br><br>**SECOND ORDER RE: MOTIONS IN LIMINE** |

The Court rules on the parties' motions in limine as follows:

1.    Defendant's first motion to bifurcate (Dkt. No. 127) is GRANTED.

2.    Defendant's seventh motion to limit the number of witnesses who will testify to non-economic damages and limit sentimental photographs (Dkt. No. 133) is GRANTED. Before a party may introduce photographic evidence, that party must present the evidence to the Court for review and approval.

**IT IS SO ORDERED.**

Dated: September 14, 2017

EDWARD J. DAVILA
United States District Judge

Case No.: 5:12-cv-05325-EJD
SECOND ORDER RE: MOTIONS IN LIMINE

1